# In the United States Court of Federal Claims

No. 25-1288 C

Filed: September 26, 2025

```
*************************************
DR. AHMAD ALJINDI,                  *
            Plaintiff,              *           JUDGMENT
                                    *
    v.                              *
                                    *
THE UNITED STATES,                  *
            Defendant.              *
*************************************
```

Pursuant to the court's Opinion and Order, filed September 25, 2025,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of jurisdiction.

Lisa L. Reyes,
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.